IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN WARE,

    Plaintiff,                 No. 2:12-cv-1505 MCE KJN P

    vs.

M. McDONALD, et al.,

    Defendants.            ORDER

_____/

        On August 9, 2012, plaintiff filed a document styled "Motion to Permit Subpoena Upon Defendant." (Dkt. No. 19.) Plaintiff's motion for a subpoena is premature. On July 30, 2012, plaintiff's amended complaint was dismissed, and plaintiff was granted thirty days in which to file a second amended complaint. Thus, no operative complaint is presently on file. Moreover, no defendant has yet been served with process, and no answer has been filed. Therefore, plaintiff's request for subpoena is premature. Accordingly, IT IS HEREBY ORDERED that plaintiff's August 9, 2012 motion (dkt. no. 19) is denied without prejudice.

DATED: August 17, 2012

                              _Kendall J. Newman_
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

ware 1205.pre