UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN WARE, | No. 2:12-cv-1505 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. McDONALD, et al., | |
| Defendants. | |

    On May 19, 2014, plaintiff filed a request for copies of court documents no longer in his possession due to his recent transfer from administrative segregation and difficulties with his cellmate.  Plaintiff states that he no longer has a copy of his request for extension of time to oppose defendants' motion to dismiss, or a copy of the court's order explaining the requirements for opposing defendants' motion for summary judgment.  Normally, parties are required to pay for copies of court documents, even if proceeding in forma pauperis.  However, because defendants filed their motion for summary judgment on May 30, 2014, and plaintiff is under a deadline to oppose the motion, the court will direct the clerk to re-serve a copy of the May 1, 2014 order on plaintiff's current address.  But defendants' motion to dismiss was denied by the May 1, 2014 order; therefore, plaintiff's request for a copy of his request for extension of time to oppose defendants' motion to dismiss requires no further response from plaintiff, and the court will not require the clerk to provide a copy of such document free of charge.

In light of plaintiff's request, plaintiff is also granted an extension of time to oppose the motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of his motion for extension of time to oppose the motion to dismiss (ECF No. 62) is denied without prejudice;
2. Plaintiff's request for a copy of the May 1, 2014 order (ECF No. 62) is granted;
3. The Clerk of the Court is directed to re-serve a copy of the May 1, 2014 order (ECF No. 61) on plaintiff at his current address; and
4. Plaintiff shall file his opposition to defendants' motion for summary judgment on or before July 14, 2014. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: June 5, 2014

/ware1505.cop

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE