1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARTIN WARE,                             No.  2:12-cv-1505 TLN KJN P

12                  Plaintiff,

13          v.                                 ORDER

14   M. McDONALD, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42

18   U.S.C. § 1983.  On October 13, 2015, plaintiff filed a letter concerning his pretrial statement.

19   Plaintiff states that he is in the process of preparing his pretrial statement, but has had difficulty

20   attending the law library, and needs to file exhibits in excess of 50 pages.  Plaintiff also claims his

21   family will be sending a money order to cover the cost of attendance of unincarcerated witnesses.

22          However, the court has not yet required the parties to file pretrial statements.  Rather, on

23   October 7, 2015, the court issued a revised scheduling order which, *inter alia*, extended the

24   deadline for filing pretrial <u>motions</u>, not pretrial <u>statements</u>.  It is unclear whether the parties

25   anticipate filing such dispositive motions, but all parties are allowed to file dispositive motions up

26   to and including January 18, 2016.  The filing of a pretrial statement at this time would be

27   premature.

28   ////

1    Similarly, plaintiff need not have his family send a money order for the attendance of

2  witnesses until he is instructed to do so by the court.  In the pretrial order, the court will address

3  which witnesses are allowed to testify at trial and provide information about witness fees.  In

4  addition, in the pretrial order, the court identifies the exhibits the parties expect to submit at trial,

5  but plaintiff is not required to submit exhibits with his pretrial statement, but merely identify

6  them.

7    Once any dispositive motion is resolved, or the dispositive motions deadline of January

8  18, 2016 has passed, the court will issue a further scheduling order providing deadlines for the

9  filing of pretrial statements.[1]

10    To the extent that plaintiff seeks an extension of time to file a pretrial statement, IT IS

11  HEREBY ORDERED that plaintiff's request (ECF No. 93) is denied without prejudice.

12  Dated:  November 24, 2015

13

14                                                                                                                Kendall J. Newman
                        KENDALL J. NEWMAN

15  /ware 1505.inf                     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

---

[1]  In his letter, plaintiff also discusses his plans to file other actions.  It is unclear why plaintiff

27  included this information; the undersigned is not able to advise plaintiff on the filing of other
   lawsuits.  Moreover, the court is not inclined to entertain a motion to amend in this action, filed in

28  June of 2012.